UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE: SUBPOENA TO TOCH INC., <br><br> IN CONNECTION WITH: <br><br> BEIJING MEISHE NETWORK TECHNOLOGY CO. LTD., <br><br>    Plaintiff, <br><br>    v. <br><br> TIKTOK, INC. TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., <br><br>    Defendants. | Case No. 23-mc-80225-LB <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Beijing Meishe Network Tech. Co., Ltd. v. TikTok Inc.*, No. 23-cv-06012-SI. In a separate order, the court denied TikTok's motion to compel third-party discovery without prejudice and directed the parties to comply with the meet-and-confer process required by Civil Local 37-1(a).

**IT IS SO ORDERED.**

Dated: August 29, 2024

LAUREL BEELER
United States Magistrate Judge