UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SUBPOENA TO TOCH INC.,

Case No. 23-mc-80225-SI
Filed in Related Case: *3:23-cv-06012-SI*

**ORDER REFERRING DISPUTE TO SPECIAL MASTER**

This miscellaneous action, which involves a dispute regarding a subpoena, is related to *Beijing Meishe Network Technology Co., Ltd. v. TikTok Inc. et al*, Case No. 3:23-cv-06012-SI. *See* Dkt. No. 41. In that case, the Court assigned a Special Master to handle discovery disputes between the parties. Case 23-6012, Dkt. No. 423. The Court hereby REFERS this discovery dispute to the Special Master in *Beijing Meishe Network Technology Co., Ltd. v. TikTok Inc. et al*, Case No. 3:23-cv-06012-SI.

**IT IS SO ORDERED**.

Dated: September 18, 2024

_____
SUSAN ILLSTON
United States District Judge