UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SUBPOENA TO TOCH INC.,

        Plaintiffs,

    v.

TOCH INC.,

        Defendant.

Case No.  23-mc-80225-SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS MOOT**

This dispute arises out of a subpoena to third party Toch Inc. ("Toch") for documents and a deposition relevant to the related case *Beijing Meishi Network Technology Co., Ltd. v. TikTok Inc.* 23-cv-06012-SI.  That case settled and was dismissed with prejudice on November 7, 2025.  A claim is moot if it has lost its character as a present, live controversy, and if no effective relief can be granted: "Where the question sought to be adjudicated has been mooted by developments subsequent to filing of the complaint, no justiciable controversy is presented." *Flast v. Cohen,* 392 U.S. 83, 95, 88 S.Ct. 1942, 20 L.Ed.2d 947 (1968).  Here, the Court believes a live controversy is no longer present due to the dismissal of the related case.

Accordingly, the Court directs plaintiffs to show cause in writing by no later than May 22, 2026, why this case should not be dismissed as moot.

**IT IS SO ORDERED**.

Dated: May 1, 2026

_____
SUSAN ILLSTON
United States District Judge